**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| In Re:<br><br>SONIA DANIELS,<br><br><br><br>Debtor. | No. 10-16442-MLB<br><br>**DECLARATION OF CYNTHIA HAMMONS IN SUPPORT OF BAC HOME LOANS' OBJECTION TO CONFRIRMATION OF CHAPTER 13 PLAN DATED JUNE 22, 2010** |

I, Cynthia Hammons, declare:

1. I am a Senior Loan Services Specialist for BAC Home Loans Servicing, L.P. (hereinafter "BAC Home Loans"), and have custody of this debtor's account files, which I personally know are maintained in the ordinary course of business and contain entries made at or near the time of the event recorded therein, by or with information from a person with knowledge of the event recorded.

2. <u>Status of Loan</u>. Loan payments are $1,162.60 per month and the account is past due for September 2009.

3. <u>Status of Loan Modification</u>. The debtor does not meet the requirements for a loan modification. Accordingly, as the debtor is not eligible for a loan modification, BAC Home Loans has closed out the debtor's HAMP request.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 23 day of September 2010.

/s/ Cynthia Hammons
Cynthia Hammons
Senior Loan Services Specialist for
BAC Home Loans Servicing, L.P.

DECLARATION IN SUPPORT OF BAC HOME LOANS'
OBJECTION TO CONFIRMATION…- 1

**BISHOP, WHITE, MARSHALL & WEIBEL, P.S.**
720 Olive Way, Suite 1301
Seattle, WA 98101
Phone: 206/622-5306 Fax: 206/622-0354