The Honorable Marc L. Barreca
Confirmation: December 16, 2010
Hearing Time: 9:30am

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: )
)  No.  10-16442-MLB
SONIA DANIELS, )
)  **ORDER SUSTAINING OBJECTION AND**
Debtor. )  **DENYING CONFIRMATION**
)

The objection to confirmation filed by BAC Home Loans Servicing, L.P., fka Countrywide Home Loans (hereinafter "BAC Home Loans") came on for hearing on December 16, 2010, at 9:30 a.m. Timely notice of the objection was given to the debtor, her attorney and the Chapter 13 Trustee. The Court considered BAC Home Loans' objection and the files and records herein; NOW THEREFORE IT IS HEREBY ORDERED:

THAT BAC Home Loans' objection to confirmation is sustained.

THAT confirmation of the debtor' Chapter 13 plan dated June 22, 2010 is denied.

DATED this _____ day of December 2010.

Marc Barreca
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:
Bishop White  Marshall & Weibel, PS

By: /s/ Daniel L. Hembree
Daniel L. Hembree WSBA#37109
Attorneys for BAC Home Loans

Approved as to form and content:
Notice of Presentation Waived;

By: /s/ Christina Latta Henry
Christina Latta Henry WSBA #31273
Attorney for Debtor

ORDER SUSTAINING OBJECTION AND DENYING
CONFIRMATION

**BISHOP WHITE MARSHALL & WEIBEL, P.S.**
720 Olive Way, Suite 1201
Seattle, WA 98101
206/622-5306  Fax 206/622-0354