Judge: Marc Barreca
Chapter: 13
Hearing Date: March 10, 2011
Hearing Time: 9:30 a.m.
Hearing Location:
    Judge Barreca's Courtroom
    700 Stewart St #7106
    Seattle, WA 98101
Response Date: March 03, 2011

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

SONIA DANIELS,

       Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 10-16442-MLB

MOTION TO DISMISS CASE

    K. Michael Fitzgerald, Chapter 13 Trustee, moves to dismiss the debtor's Chapter 13 case. In support of his Motion, the Trustee states as follows:

    The debtor filed this case on June 4, 2010. The debtor's plan, filed June 22, 2010, proposed monthly plan payments of $1,444.00 beginning August 2010. The debtor is nearly current on plan payments. The Court denied confirmation of the plan on December 20, 2010. The debtor has not filed an amended plan.

    In the event debtor's plan payments become further delinquent after the date this motion is filed, the Chapter 13 Trustee also moves to dismiss this case based on debtor's plan payment delinquency.

    The Trustee reserves the right to assert additional bases for his Motion. A proposed Order on this Motion is attached and incorporated.

    WHEREFORE, the Chapter 13 Trustee requests that the Court enter an Order dismissing the debtor's Chapter 13 case.

    Dated this 27th day of January, 2011

                */s/ Jason Wilson-Aguilar*, WSBA #33582 for
                K. MICHAEL FITZGERALD
                Chapter 13 Trustee

MOTION TO DISMISS - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282